## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SANDRA GIVENS,** *et al.***,**

      Plaintiffs,

                                                **CASE NO.    1:10-CV-382**

**-vs-**

                                                **Judge Timothy S. Black**

**PAUL F. WENKER** *et al.***,**

      Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

      **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 50)  is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 14, 2012                        **JAMES BONINI, CLERK**

                                          By: *s/ M. Rogers*
                                          Deputy Clerk