# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SANDRA GIVENS**, *et al.*,

   Plaintiffs,

**-vs-**

**CASE NO.   1:10-CV-382**

**Judge Timothy S. Black**

**PAUL F. WENKER** *et al.*,

   Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 50) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 14, 2012                       **JAMES BONINI, CLERK**

                                                By: *s/ M. Rogers*
                                                Deputy Clerk